JUNE 25, 1963

No. 67874.—APPEAL 5106.—I. Arditi v. United States.—
C.A.D. 818.

No. 67875.—APPEAL 5109.—Morris Friedman v. United States.—

C.A.D. 819.

BEFORE THE FIRST DIVISION, JULY 2, 1963

No. 67876.—Tandberg of America v. United States, protest 62/7052(B) (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of sound motion-picture projectors similar in all material respects to those the subject of *United States* v. *Milton Diamond and Massce-Barnett Co., Inc.* (42 CCPA 9, C.A.D. 561), the claim of the plaintiff was sustained.

No. 67877.—Novelty Import Co., Inc., et al. v. United States, protests 61/10866, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic back scratchers the same in all material respects as those the subject of *Ignaz Strauss & Co., Inc., et al.* v. *United States* (45 Cust. Ct. 161, C.D. 2218), the claim of the plaintiffs was sustained.